IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH JENNINGS, | : | |
|     Plaintiff | : | |
| | : | No. 1:22-cv-00019 |
| v. | : | |
| | : | (Judge Kane) |
| CLINTON COUNTY, et al., | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 17th day of January 2023, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' motions to dismiss (Doc. Nos. 23-24) are **GRANTED IN PART AND DENIED IN PART**;

2. The motions to dismiss are **GRANTED** with respect to Plaintiff's claims against the John Doe Defendants and Plaintiff's punitive damages claim against Defendant Clinton County;

3. The motions are **DENIED** in all other respects;

4. Within thirty (30) days of the date of this Order, Plaintiff may file an amended complaint that corrects the deficiencies identified in the accompanying Memorandum;

5. The Clerk of Court is directed to mail Plaintiff a civil rights complaint form; and

6. If Plaintiff fails to file an amended complaint within thirty (30) days of the date of this Order, Plaintiff's original complaint will remain the operative pleading and the case will proceed as to Plaintiff's claims against Defendants Clinton County and Aramark Correctional Services, LLC only.

                                                      s/ Yvette Kane
                                                      Yvette Kane, District Judge
                                                      United States District Court
                                                      Middle District of Pennsylvania