IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH JENNINGS,<br>    Plaintiff | : | |
| | : | |
| | : | No. 1:22-cv-00019 |
| v. | : | |
| | : | (Judge Kane) |
| CLINTON COUNTY, et al., | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 22nd day of May 2023, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** this case is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to prosecute.

                                                                         s/ Yvette Kane
                                                                         Yvette Kane, District Judge
                                                                          United States District Court
                                                                          Middle District of Pennsylvania